IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

MIKE JAMES DEFOOR,
ADC #650699                                                                                    PLAINTIFF

1:09V00028HLJ

RHONDA DOWELL, et al.                                                                DEFENDANTS

ORDER

Plaintiff's motions for reconsideration and for leave to appeal in forma pauperis (DE ##44, 46) are hereby DENIED without prejudice. By Order dated January 26, 2010, this Court re-opened this action after receiving plaintiff's response to defendants' summary judgment motion (DE #41).

IT IS SO ORDERED this 22nd day of February, 2010.

_____
United States Magistrate Judge